IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| BANK OF HAWAII, | ) | CV 22-00220 JAO-WRP |
| | ) | |
| Plaintiff, | ) | ORDER ADOPTING |
| | ) | MAGISTRATE JUDGE'S |
| vs. | ) | FINDINGS AND |
| | ) | RECOMMENDATION TO |
| DARREL PLIMPTON, | ) | DISMISS THIS ACTION |
| | ) | WITHOUT PREJUDICE |
| Defendant. | ) | |
| _____ | ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND
RECOMMENDATION TO DISMISS THIS ACTION WITHOUT PREJUDICE

Findings and Recommendation having been filed and served on all parties on January 23, 2023, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to 28 U.S.C. § 636(b)(1)(C) and Local Rule 74.1, the Findings and Recommendation is adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED:   Honolulu, Hawaiʻi, February 9, 2023.

Jill A. Otake
United States District Judge